UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sophal Buy, Daniel Dixon, and Michele Simpson,

    Plaintiffs,

v.

HMSHOSt Corporation and Host International, Inc.,

    Defendants.

2:15-cv-00628-JAD-VCF

**Order Denying Motion to Dismiss as Moot Due to Amended Complaint**
[#3]

    Plaintiffs Sophal Buy, Daniel Dixon, and Michele Simpson filed this action against their employers on April 6, 2015, claiming that their conditions of employment at various food-service locations in North Carolina and Nevada airports violated the Fair Labor Standards Act.[1] Fourteen days after the defendants moved to dismiss their claims,[2] the plaintiffs filed an amended complaint.[3]

    Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure permits parties to amend their complaints once as a matter of course within 21 days of a motion to dismiss.[4] Plaintiffs' amended complaint was timely filed as of right. Once filed, an amended pleading supersedes the original pleading in its entirety, mooting a motion to dismiss the original pleading. *See Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997).

    Accordingly, the defendants' motion to dismiss **[Doc. 3] is DENIED** as moot and without prejudice.

    Dated May 27, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] Doc. 1.

[2] Doc. 3.

[3] Doc. 7.

[4] Fed. R. Civ. P. 15(a)(1)(B).