BAKER & HOSTETLER LLP
Gregory V. Mersol (0030838)
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482

Telephone:   216-861-7935
Facsimile:   216-696-0740
Email:       gmersol@bakerlaw.com

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC
Jeremy R. Alberts
6385 South Rainbow Boulevard
Las Vegas, NV 89118
Telephone: 702-938-3814
Facsimile: 702-938-3864
Email:    jalberts@wwhgd.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| SOPHAL BUY, DANIEL DIXON, AND MICHELE SIMPSON, | Case No.: 2:15-cv-00628-JAD-VCF |
|---|---|
| Plaintiffs, | **STIPULATION RESOLVING DEFENDANTS' MOTION TO DISMISS [DOCKET NO. 9]** |
| v. | |
| HMSHOST CORPORATION AND HOST INTERNATIONAL, INC., | AND ORDER |
| Defendants. | |

We, the parties, do hereby stipulate as follows.

1. Defendants hereby withdraw their Motion to Dismiss [Docket No. 9] relating to the statute of limitations, without prejudice to the right to assert similar defenses as appropriate by way of summary judgment, at trial, or otherwise. None of the parties are waiving any claim, defense, or argument as a result of this withdrawal.

///

///

1

2. Pursuant to Rule 12(a)(4), Defendants will answer allegations of the Amended Complaint within 14 days including their response to those claims that were the prior subject to the Motion to Dismiss.

3. This stipulation resolves and renders moot Defendants' Motion to Dismiss [Docket No. 9] and no further proceedings on said will be necessary, including but not limited to the currently scheduled motion hearing set for September 14, 2015.

Dated: August 31, 2015                                  Respectfully submitted,

/s/ Michael Reed                                        /s/ Gregory V. Mersol
Michael Reed                                            Gregory V. Mersol (0030838)
KLAFTER OLSEN & LESSER LLP                              Email: gmersol@bakerlaw.com
Two International Drive                                 BAKER & HOSTETLER LLP
Suite 350                                               PNC Center
Rye Brook, NY 10573                                     1900 East 9th Street, Suite 3200
Telephone: 914.934.9200 X313                            Cleveland, OH 44114-3482
Facsimile: 914.934.9220                                 Telephone:  216.861.7935
Email: Michael.reed@klafterolsen.com                    Facsimile:   216.696.0740

Leon Greenberg, Esq.                                    WEINBERG WHEELER HUDGINS
Dana Sniegocki, Esq.                                    GUNN & DIAL LLC
LEON GREENBERG                                          Jeremy R. Alberts
PROFESSIONAL CORPORATION                                6385 South Rainbow Boulevard
2965 South Jones Blvd., Suite E3                        Las Vegas, NV 89118
Las Vegas, NV 89146                                     Telephone: 702-938-3814
                                                        Facsimile: 702-938-3864
                                                        Email:    jalberts@wwhgd.com

Attorneys for Plaintiffs                                Attorney for Defendants

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that defendants' motion to dismiss [ECF 9] is deemed WITHDRAWN without prejudice.  The 9/14/15 hearing on this motion [ECF 24] is VACATED.
Dated this 31st day of August, 2015.

_____
United States District Court Judge.