# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SOPHAL BUY, DANIEL DIXON, AND MICHELE SIMPSON,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>HMSHOST CORPORATION AND HOST INTERNATIONAL, INC.,<br><br>　　　　　Defendants. | 2:15-cv-00628-JAD-VCF<br>**ORDER** |

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 a.m., October 20, 2015, is vacated and rescheduled to 2:00 p.m., October 23, 2015, in courtroom 3D.

DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE