BAKER & HOSTETLER LLP
Gregory V. Mersol (0030838)
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482

Telephone:      216-861-7935
Facsimile:      216-696-0740
Email:          gmersol@bakerlaw.com

WEINBERG WHEELER HUDGINS GUNN & DIAL LLC
Jeremy R. Alberts
6385 South Rainbow Boulevard
Las Vegas, NV 89118
Telephone: 702-938-3814
Facsimile:  702-938-3864
Email:      jalberts@wwhgd.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SOPHAL BUY, DANIEL DIXON, AND
MICHELE SIMPSON,

                        Plaintiffs,

        v.

HMSHOST CORPORATION AND HOST
INTERNATIONAL, INC.,

                        Defendants.

Case No.: 2:15-cv-00628-JAD-VCF

**JOINT MOTION TO RESET CASE
MANAGEMENT CONFERENCE AND
TO PERMIT NONRESIDENT
COUNSEL TO PARTICIPATE BY
TELEPHONE**

        The parties hereby jointly move this Court to reset the Case Management Conference currently set for October 23, 2015 to October 30, 2015 and to permit nonresident counsel to participate by telephone.

        This is an action under the Fair Labor Standards Act, 29 U.S.C. sections 201 *et seq.*  The three plaintiffs were opt-ins in a putative collective action before the Eastern District of New York captioned *Stevens v. HMSHost Corporation*, Case No. 10-CV-3571, that was ultimately decertified.  One of the three plaintiffs in this case was deposed as part of the prior case.

1   The Court initially set a case management conference in this action for October 20, 2015 and
2   the parties were set to attend.  Due to a schedule conflict that arose, however, the Court reset the
3   conference to October 23, 2015, a date that conflicted with other matters on the calendars for
4   attorneys for both sides.  After conferring, counsel have determined that they are all available on
5   October 30, 2015.

6   In addition, although both sides have retained local counsel, the attorneys with the greatest
7   knowledge of this dispute are those who worked on the decertified *Stevens* matter.  On October 30,
8   they will be either in New York, Texas, or Ohio.  Local counsel will attend the conference personally,
9   but because of the travel involved the parties respectfully request that their nonresident lead
10  attorneys be permitted to participate by telephone.

11  This motion is not be interposed for purposes of delay.  Indeed, the parties are working
12  steadily and diligently on several cases involving former *Stevens* opt-in plaintiffs, including both
13  hearings and depositions in the fall of 2015 and are continuing to share information through the
14  discovery process.

15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1   For all of these reasons, the parties respectfully request that the court reset the Case

2   Management Conference to October 30, 2015 and that it grant leave for outside counsel to

3   participate by telephone with the in-person presence of local counsel.

4

5   Dated: October 16, 2015                    Respectfully submitted,

6

7

8   /s/ Michael Reed                           /s/ Gregory V. Mersol
    Michael Reed                               Gregory V. Mersol (0030838)
9   KLAFTER OLSEN & LESSER LLP                 Email: gmersol@bakerlaw.com
    Two International Drive                     BAKER & HOSTETLER LLP
10  Suite 350                                  PNC Center
    Rye Brook, NY 10573                        1900 East 9th Street, Suite 3200
11  Telephone: 914.934.9200 X313               Cleveland, OH 44114-3482
    Facsimile: 914.934.9220                    Telephone:   216.861.7935
12  Email: Michael.reed@klafterolsen.com       Facsimile:   216.696.0740

13
    Leon Greenberg, Esq.                       WEINBERG WHEELER HUDGINS
14  Dana Sniegocki, Esq.                       GUNN & DIAL LLC
    LEON GREENBERG                             Jeremy R. Alberts
15  PROFESSIONAL CORPORATION                   6385 South Rainbow Boulevard
    2965 South Jones Blvd., Suite E3           Las Vegas, NV 89118
16  Las Vegas, NV 89146                        Telephone: 702-938-3814
                                               Facsimile: 702-938-3864
17                                             Email:    jalberts@wwhgd.com

18  Attorneys for Plaintiffs                   Attorney for Defendants

19  IT IS HEREBY ORDERED that the hearing scheduled for October 23, 2015 is VACATED and

20  RESCHEDULED to 11:30 a.m., October 30, 2015, in courtroom TBD.  Michael Reed, Esq.
    and Gregory V. Mersol may participate by telephone at the hearing on October 30, 2015.
21  They are instructed to call telephone number: (702) 868-4911, access code: 123456, 5 minutes
    prior to the hearing time. The court will join the call and convene the proceedings. The call
22  must be made on a land line. The use of a cell phone or speaker phone during the proceedings
    is prohibited.
23

24

25  IT IS SO ORDERED.

26

27  _____
    UNITED STATES MAGISTRATE JUDGE
28  DATED: _____10-20-2015_____

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
DENVER

## **CERTIFICATE OF SERVICE**

This is to certify that on October 20, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Leon Greenberg, Esq.
Dana Sniegocki, Esq.
Leon Greenberg Professional Corporation
2965 South Jones Blvd., Suite E3
Las Vegas, NV 89146

*/s/ Gregory V. Mersol*
Gregory V. Mersol

607566487.1